# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 21, 2014

## NO. 03-13-00223-CR

**Remberto Santos-Hernandez, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 390TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
MODIFIED AND, AS MODIFIED, AFFIRMED IN PART; VACATED IN PART --
OPINION BY CHIEF JUSTICE JONES**

This is an appeal from two judgments of conviction entered by the trial court on February 28, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was error in the trial court's judgment on Count I that requires correction and that there was error in the trial court's judgment on Count II. Accordingly, we modify the trial court's judgment on Count I to reflect that the "Date Judgment Entered" was February 28, 2013 and affirm the judgment as modified; we vacate the trial court's judgment on Count II. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.